Chesterfield Woods, Appellee, v. Lucille Butler, Appellant.

Gen. No. 44,494.

opinion filed December 13, 1948; rehearing denied December 27, 1948; released for publication December 27, 1948. Thaddeus B. Rowe and Charles B. Evins, for appellant; George A. Gordon, for appellee. Opinion by Presiding Justice Feinberg. Not to be published in full.

Fred C. Kramer Company, Inc., Appellant, v. Hebard Storage Warehouses, Inc. and F. H. Hebard Company, Appellees.

Gen. No. 44,512.

opinion filed December 13,